# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**Edward Murray, III**

**V.**

**J P Morgan Chase Bank, Inc.**

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 11cv2693-BTM(BLM)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Case is Dismissed.

| May 3, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON May 3, 2012 |