# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

**Edward Murray, III**

                V.                      **JUDGMENT IN A CIVIL CASE**

**J P Morgan Chase Bank, Inc.**

                                    **CASE NUMBER:**    11cv2693-BTM(BLM)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Case is Dismissed.

| May 3, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON May 3, 2012 |